IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-MJ-1081-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMMY LLOYD HUNT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court March 27, 2017, for a preliminary hearing regarding the criminal complaint against Defendant and for a hearing on the government's motion, pursuant to 18 U.S.C. § 3142(f), to detain Defendant pending further proceedings. On March 14, 2017, the government charged Defendant with conspiracy to distribute and possess with intent to distribute marijuana and cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846. [DE-1].

At the hearing the government presented the testimony of FBI Task Force Officer Travis Smith and Defendant presented the testimony of Tina Hunt, Defendant's mother, as a proposed third-party custodian. The court has considered the hearing testimony, complaint affidavit and the pretrial services report, which was prepared by the Office of Pretrial Services and provided to the parties in advance of the hearing. The court finds that the credible information presented by Agent Smith establishes probable cause to support the charges of the criminal complaint.

The court has by separate order set conditions of Defendant's release. [DE-9, -10].

SO ORDERED, the 28th day of March 2017.

_____
Robert B. Jones, Jr.,
United States Magistrate Judge